PHILLIP A. TALBERT
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4019
Email: jeffrey.lodge@usdoj.gov

Attorneys for the United States Department of Education

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JENNA LONG,<br><br>            Debtor. | Case No. 19-13871-A-7<br>Chapter 7 |
| JENNA LONG,<br><br>            Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>            Defendants. | Adv. Proceeding No. 22-01009-A<br><br>DCN: USA-1<br><br>Date:<br>Time:<br>Court: Dept. A, Ctrm. 11, 5th Floor<br>          2500 Tulare, Fresno, CA<br>Judge: Hon. Jennifer E. Niemann |

**STIPULATION FOR ENTRY OF JUDGMENT AGAINST THE UNITED STATES DEPARTMENT OF EDUCATION GRANTING A DISCHARGE OF STUDENT LOANS PURSUANT TO 11 U.S.C. § 523(a)(8) AND DISMISSING WITH PREJUDICE ALL REMAINING CLAIMS AGAINST ALL NAMED DEFENDANTS**

Pursuant to the agreement of the parties, the United States Department of Education ("Education") consents to entry of judgment granting a discharge pursuant to 11 U.S.C. § 523(a)(8) of the student loans made by Education to the Plaintiff, Jenna Long, which existed on the date of the filing of the above-captioned bankruptcy and dismissing with prejudice all remaining claims identified in the Second Amended Complaint, Doc. 45, including the claims identified in the Second

Cause of Action under section 1681s-2 of the Fair Credit Report Act ("FCRA") or claims that could have been alleged in the Second Amended Complaint against Education and its loan servicer, Nelnet Servicing, LLC ("Nelnet"), and each of their past, present, or future affiliates, subsidiaries, parent organizations, employees, and related organizations, each party to bear their own attorney fees and costs. The parties request an order from the Court approving the stipulation and taking all remaining matters off calendar.

IT IS SO STIPULATED.

Dated: February 7, 2023  PHILLIP A. TALBERT
United States Attorney

By:  /s/Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for the United States

Dated: February 3, 2023  LAW OFFICES OF TIMOTHY C. SPRINGER

(As authorized 02/03/2023)

By:  /s/Nancy D. Klepac
NANCY D. KLEPAC
Attorneys for Plaintiff/Debtor Jenna Long

Dated: February 3, 2023  BROWNSTEIN HYATT FARBER SCHRECK, LLP
(As authorized 02/03/2023)

By:  /s/ Jonathan C. Sandler
JONATHAN C. SANDLER
Attorneys for Defendant Nelnet Serving, LLC (named herein as Nelnet)

STIPULATION FOR ENTRY OF JUDGMENT                                            2